1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL O. DEVAUGHN, | ) CV 08-7972-TJH (SH) |
| | ) |
| | ) ORDER ADOPTING |
| | ) REPORT AND RECOMMENDATION |
| Petitioner, | ) OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| v. | ) |
| | ) |
| STEVE COOLEY (District Attorney), | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is denied and the action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 29, 2009

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE