JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL O. DEVAUGHN, | ) CV 08-7972-TJH (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| STEVE COOLEY (District Attorney), | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: January 29, 2009

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1