1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL O. DEVAUGHN, | ) CV 08-7972-TJH (SH) |
| | ) |
| | ) ORDER ADOPTING FINAL |
| | ) REPORT AND RECOMMENDATION |
| Petitioner, | ) OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| v. | ) |
| | ) |
| STANLEY SNIFF, RIVERSIDE, County SHERIFF, | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is denied and the action is

1

1  dismissed.

2     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
3 the Magistrate Judge's Final Report and Recommendation and the Judgment herein
4 by the United States mail on Petitioner.

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: <u>November 16, 2009</u>

                              _____
                              TERRY J. HATTER, JR.,
                          UNITED STATES DISTRICT JUDGE