UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL O. DEVAUGHN, | ) CV 08-7972-TJH (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY SNIFF, RIVERSIDE, County SHERIFF, | ) |
| | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the Final Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: <u>November 16, 2009</u>

_____
TERRY J. HATTER, JR.,
UNITED STATES DISTRICT JUDGE